IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Lawrence J | Case Number: 06 B 04742 |
| | Judge: Squires, John H |
| Printed: 5/6/08 | Filed: 4/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 26, 2008
Confirmed: November 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,270.00 | |
| Secured: | | 3,198.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 849.00 |
| Trustee Fee: | | 222.72 |
| Other Funds: | | 0.00 |
| Totals: | 4,270.00 | 4,270.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 849.00 | 849.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,320.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 5. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 6. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 7. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 8. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 9. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 10. | Chase Automotive Finance | Secured | 5,903.41 | 3,198.28 |
| 11. | Chase Manhattan Mortgage Corp | Secured | 5,343.00 | 0.00 |
| 12. | Marauder Corporation | Unsecured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 13,415.41 | $ 4,047.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 62.98 |
| 5.4% | 159.74 |
| | $ 222.72 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Lawrence J | Case Number: 06 B 04742 |
| | Judge: Squires, John H |
| Printed: 5/6/08 | Filed: 4/28/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

